**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00038-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD ALLEN RHODES,

    Defendant.

---

**ORDER VACATING TRIAL DATES AND TO SET
CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 14) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for March 20, 2009 and the two-day jury trial set to commence on March 30, 2009 are VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than March 2, 2009 to set this matter for a Change of Plea Hearing.

    DATED: February  25 , 2009

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge