**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00038-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD ALLEN RHODES,

    Defendant.

---

**ORDER TO RESET CHANGE OF PLEA HEARING**

---

This matter is before the Court *sua sponte*. Because a conflict has arisen on the Court's docket, the Change of Plea hearing currently set for April 13, 2009 in Courtroom A602 of the Arraj Courthouse is RESET to **May 1, 2009 at 1:30 p.m.**

    DATED: March __11__, 2009

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge