**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00038-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RONALD ALLEN RHODES,

      Defendant.

---

**MINUTE ORDER**

---

      This matter is before the Court on Defendant's second Motion for Continuance (Doc. # 25).  The Court, having reviewed the motion and the case file, hereby

      ORDERS that the Change of Plea hearing currently set for June 12, 2009 is CONTINUED to **July 14, 2009 at 2:30 p.m.** in Courtroom A602 of the Arraj Courthouse. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than **noon on July 10, 2009**. <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  The original and one copy of these documents should be delivered to the courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

      DATED:  May 29, 2009