# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes   Date: October 19, 2009
Court Reporter: Darlene Martinez
Probation Officer: Doug Randolph

---

Criminal Action No. 09-cr-00038-CMA

*Parties:*                                              *Counsel:*

UNITED STATES OF AMERICA,                               Bob Mydans

    Plaintiff,

v.

RONALD ALLEN RHODES,                                    Sean McAllister

    Defendant.

---

## SENTENCING MINUTES
---

**9:03 a.m.**   **Court in session**.

Defendant present; on bond.

Change of Plea Hearing: July 14, 2009.

Defendant plead guilty to Count One of the Indictment.

Christine Rhodes spoke on behalf of the defendant.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:**   Government's Oral Motion Regarding Acceptance of Responsibility is **granted**.

**ORDER:**   Defendant's Motion for Non-Guideline Statutory Sentence and Notice of Mitigating Facts for Sentencing **(31)** is **granted**.

**Defendant sentenced as reflected in the record**.

Defendant advised of the right to appeal.

**ORDER:**   Bond is discharged upon reporting to the probation officer and appropriate arrangements have been made for home detention and the submission of the initial drug test.

**9:56 a.m.**   **Court in recess/hearing concluded**.

Total in-court time: 00:53